# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

OUTLAW LABORATORY, L.P.,

    Plaintiff,

v.                                                Case No. 19-12622

LARA STOP & SHOP, INC.,
et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the court's docket text entry granting Plaintiff's Motion for Default Judgment (ECF No. 22) entered on December 12, 2019,

IT IS ORDERED AND ADJUDGED that judgment is entered for Plaintiff Outlaw Laboratory, L.P., and against Defendants Lara Stop & Shop, Inc., Zoom Mack, Inc., Bob Service Center, Inc., ANS Gas, Inc., Royal Oak Gas & Go, Inc., and Meemo Petro Mart, Inc., in the amounts listed below which are inclusive of costs and attorneys' fees. Dated at Port Huron, Michigan, January 3, 2020.

1. Plaintiff shall receive a judgment against Defendant Lara Stop & Shop, Inc., in the amount of $63,081.54.

2. Plaintiff shall receive a judgment against Defendant Zoom Mack, Inc., in the amount of $63,081.54.

3. Plaintiff shall receive a judgment against Defendant Bob Service Center, Inc., in the amount of $63,081.54.

4. Plaintiff shall receive a judgment against Defendant ANS Gas, Inc., in the amount of $63,081.54.

5. Plaintiff shall receive a judgment against Defendant Royal Oak Gas & Go, Inc., in the amount of $63,081.54.

6. Plaintiff shall receive a judgment against Defendant Meemo Petro Mart, Inc., in the amount of $63,081.54.

Dated: January 3, 2020

                        DAVID J. WEAVER
                        CLERK OF THE COURT

                        S/Lisa Wagner
                        By: Case Manager and Deputy Clerk to
                            Judge Robert H. Cleland